**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 97-2433**

———————

DENISE A. MILES,

Plaintiff - Appellant,

versus

MSA INDUSTRIES/KEMPER CARPET,

Defendant - Appellee.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Richard L. Williams, Senior District Judge. (CA-97-323-A)

———————

Submitted: March 12, 1998        Decided: March 23, 1998

———————

Before LUTTIG, WILLIAMS, and MICHAEL, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Denise A. Miles, Appellant Pro Se. Francis Joseph Nealon, Eric Carl Lund, BALLARD, SPAHR, ANDREWS & INGERSOLL, Washington, D.C., for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order granting summary judgment to the Defendant in a Title VII discrimination case. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Miles v. MSA Industries/Kemper Carpet</u>, No. CA-97-323-A (E.D. Va. Sept. 12, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>